

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2021

**BY EMAIL**

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Frank Fontana et al.*, 21 Cr. 371 (UA)

Dear Judge Cave:

    The Government respectfully requests that Indictment 21 Cr. 371 (UA) be unsealed and that the case be assigned to a District Judge. A proposed order is attached for the Court's consideration.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By: _____
    Jacob H. Gutwillig
    Assistant United States Attorney
    (212) 637-2215

Application GRANTED.
SO ORDERED.

_____
USMJ 6/3/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :    ORDER
                                     :
      -v.-                           :    21 Cr. 371 (UA)
                                     :
FRANK FONTANA, and                   :
MICHAEL BESTWINA,                    :
                                     :
             Defendants.             :
                                     :
- - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Jacob H. Gutwillig;

It is found that the Indictment in the above-captioned action, 21 Cr. 376, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed and the case assigned to a District Judge, and it is therefore

ORDERED that the Indictment, 21 Cr. 371 in the above-captioned action be unsealed and remain unsealed pending further order of the Court, and that the case be assigned to a District Judge.

Dated:   New York, New York
         June 3, 2021

_____
HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE