# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
## - ATTORNEYS AT LAW -

| | |
|---|---|
| **200 VANDERBILT MOTOR PARKWAY** <br> **SUITE C-17** <br> **HAUPPAUGE, NEW YORK 11788** | **300 OLD COUNTRY ROAD** <br> **SUITE 341** <br> **MINEOLA, NEW YORK 11501** <br> (Correspondence to Hauppauge Office) |

ANTHONY M. LA PINTA
JAMES T. REYNOLDS (Ret.)
PETER R. CARONIA (Ret.)
PAUL GIANELLI (Ret.)

TEL: 631-231-1199
FAX: 631-300-4380

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

MICHAEL E. FEHRINGER
KYLE O. WOOD

CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

December 15, 2021

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States District Court, SDNY
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    **Re: United States v. Frank Fontana**
           CR 21-00371 (LTS)

Your Honor:

    I represent defendant Frank Fontana in the above matter.

    Kindly accept this request to adjourn the pretrial conference presently scheduled for Thursday, January 6, 2022 at 10:00 a.m. to Wednesday, January 26, 2022 at 9:30 a.m. AUSA Jacob Gutwillig consents to this application. The defendant hereby waives his speedy trial rights from January 6, 2022 to January 26, 2022.

    Please contact my office if you are in need of anything further to accommodate this request.

Respectfully submitted,

*/s/ Anthony M. La Pinta*

**ANTHONY M. LA PINTA**

AML/mef

cc: AUSA Jacob Gutwillig (By ECF)

---

The foregoing adjournment request is granted. The conference is hereby rescheduled for January 26, 2022, at 9:30 AM. The Court finds pursuant to 18 USC section 3161(h)(70(A) that the ends of justice served by an exclusion from today's date through January 6, 2022, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Docket entry no. 39 is resolved. SO ORDERED.
12/16/2021 /s/ Laura Taylor Swain, Chief USDJ