# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
## – ATTORNEYS AT LAW –

| | |
|---|---|
| **200 VANDERBILT MOTOR PARKWAY**<br>**SUITE C-17**<br>**HAUPPAUGE, NEW YORK 11788** | **300 OLD COUNTRY ROAD**<br>**SUITE 341**<br>**MINEOLA, NEW YORK 11501**<br>(Correspondence to Hauppauge Office) |
| ANTHONY M. LA PINTA<br>JAMES T. REYNOLDS (Ret.)<br>PETER R. CARONIA (Ret.)<br>PAUL GIANELLI (Ret.) | OF COUNSEL<br><br>PETER H. MAYER, III, PLLC.<br>Justice, NYS Supreme Court (Ret.) |
| TEL: 631-231-1199<br>FAX: 631-300-4380 | |
| MICHAEL E. FEHRINGER<br>KYLE O. WOOD | MARK D. COHEN<br>Judge, NYS Court of Claims (Ret.)<br><br>CHRISTOPHER J. PURCELL, P.C. |

**BY ECF**

**MEMO ENDORSED**

April 4, 2022

The Honorable Laura Taylor Swain
United States District Court, SDNY
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re: **United States v. Frank Fontana**
          CR 21-00371 (LTS)

Your Honor:

    I represent defendant Frank Fontana in the above matter.

    Kindly accept this request to adjourn the pretrial conference presently scheduled for Thursday, April 7, 2022 at 2:30 p.m. to Thursday, June 2, 2022 at 11:30 a.m. AUSA Jacob Gutwillig consents to this application. The defendant hereby waives his speedy trial rights from April 7, 2022 to June 2, 2022.

    Please contact my office if you are in need of anything further to accommodate this request.

Respectfully submitted,

*Anthony M. La Pinta*
ANTHONY M. LA PINTA

AML/mef

cc: AUSA Jacob Gutwillig (By ECF)

---

The foregoing adjournment request is granted. The conference is hereby rescheduled for June 2, 2022, at 11:30 a.m. The Court finds pursuant to 18 USC section 3161(h)(70)(A) that the ends of justice served by an exclusion from today's date through June 2, 2022, outweigh the best interests of the public and the defendant in a speedy trial to facilitate continued trial preparation and related discussions and advice. Docket entry no. 50 is resolved.
SO ORDERED.
4/5/2022
/s/ Laura Taylor Swain, Chief USDJ