# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
## - ATTORNEYS AT LAW -

| | |
|---|---|
| **200 VANDERBILT MOTOR PARKWAY**<br>**SUITE C-17**<br>**HAUPPAUGE, NEW YORK 11788** | **300 OLD COUNTRY ROAD**<br>**SUITE 341**<br>**MINEOLA, NEW YORK 11501**<br>(Correspondence to Hauppauge Office) |

ANTHONY M. LA PINTA
JAMES T. REYNOLDS (Ret.)
PETER R. CARONIA (Ret.)
PAUL GIANELLI (Ret.)

TEL: 631-231-1199
FAX: 631-300-4380

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

MICHAEL E. FEHRINGER
KYLE O. WOOD

CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

May 4, 2022

The Honorable Laura Taylor Swain
United States District Court, SDNY
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:  **United States v. Frank Fontana**
            CR 21-00371 (LTS)

Your Honor:

     I represent defendant Frank Fontana in the above matter. Mr. Fontana is currently under Pretrial Services supervised release with travel restrictions.

     Please accept this request for Mr. Fontana to travel with his 8 year old son to Hershey Park amusement park located in Hershey, Pennsylvania. If approved, he would leave his home by car on June 2, 2022 at approximately 3:00 p.m. and return home on June 5, 2022 at approximately 5:00 p.m. Mr. Fontana would stay at the Days Inn by Wyndham Hershey, 350 West Chocolate Avenue, Hershey, Pennsylvania 17033.

     AUSA Jacob Gutwillig and PTSO Marnie Gerardino from the EDNY do not object to this request.

     Please contact me if you are in need of anything further to accommodate this request.

Respectfully submitted,

*Anthony M. La Pinta*

**ANTHONY M. LA PINTA**

AML/mef

cc:  AUSA Jacob Gutwillig (By ECF)
     PTSO Marnie Gerardino (By Email)