UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No. 21-CR-371-LTS

FRANK FONTANA,                        AMENDED ORDER

        Defendant.

-------------------------------------------------------x

        The change of plea hearing in this case is scheduled to proceed on May 1, 2023, at 3:30 p.m., in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
      April 25, 2023                                    LAURA TAYLOR SWAIN
                                                                   Chief United States District Judge