# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
## - ATTORNEYS AT LAW -

| | |
|---|---|
| **200 VANDERBILT MOTOR PARKWAY**<br>**SUITE C-17**<br>**HAUPPAUGE, NEW YORK 11788** | **300 OLD COUNTRY ROAD**<br>**SUITE 341**<br>**MINEOLA, NEW YORK 11501**<br>(Correspondence to Hauppauge Office) |

ANTHONY M. LA PINTA
JAMES T. REYNOLDS
PETER R. CARONIA (Ret.)
PAUL GIANELLI (Ret.)

TEL: 631-231-1199
FAX: 631-300-4380

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MICHAEL E. FEHRINGER
KYLE O. WOOD

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

November 10, 2023

The Honorable Laura Taylor Swain
United States District Court, SDNY
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   **United States v. Frank Fontana**
      CR 21-00371 (LTS)

Your Honor:

I represent defendant Frank Fontana in the above matter.

Please recall that on September 14, 2023 Mr. Fontana was sentenced to time served and three years' probation. As a condition of his bail, Mr. Fontana was required to surrender his passport to Pretrial Services.

I have been advised by Pretrial Services that a court order is required to return the passport to him. Kindly accept this request to "So Order" this letter directing that Pretrial Services return Mr. Fontana's passport.

Mr. Fontana's probation officer from the Eastern District, Javier Enciso, does not object to this application.

Please contact me if you are in need of anything further to

accommodate this request.

Respectfully submitted,                          So Ordered:

*Anthony M. La Pinta* (signature)                _____

**ANTHONY M. LA PINTA**                          **HON. LAURA TAYLOR SWAIN**

AML/mef

cc:  AUSA Jacob Gutwillig (By ECF)
     PO Javier Enciso (By email)

The foregoing request is granted. Pretrial services is respectfully directed to return Mr. Fontana's passport. This resolves docket entry no. 99. SO ORDERED.

Dated: 11/14/2023
/s/ Laura Taylor Swain, Chief U.S.D.J.